IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MONICA JOHNSON | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00456 |
| TARGET CORPORATION | § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § | |

## ACKNOWLEDGEMENT OF AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Agreed Stipulation of Dismissal with Prejudice [Dkt. 36] filed in this matter. The Parties advise that they have reached a compromise settlement of all matters being litigated in this case and file the present joint stipulation pursuant to Federal Rule of Civil Procedure 41(a). The Court hereby acknowledges the Parties' Agreed Stipulation of Dismissal effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 8th day of January, 2025.**

Michael J. Truncale
United States District Judge